UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jonathan Spriggs,   Civil 09-1634   JMR/FLN

   Petitioner,

v.   O R D E R

Ms. Cassette, Case Manager,
Federal Bureau of Prisons,

   Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 18, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 [#1] is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: March 9, 2010.     s/James M. Rosenbaum
at Minneapolis, Minnesota     JUDGE JAMES M. ROSENBAUM
                                            United States District Court